Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.   CR05-5747RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPULSION ORDER |
| | ) | |
| STACEY CHARLES COMER, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of John McKay, United States Attorney for the Western District of Washington, by William H. Redkey, Jr., Assistant United States Attorney for said District, filed in this matter, and it appearing to the satisfaction of the Court:

1. That Raul Alvarado-Martinez has been called to testify or provide other information in the above-captioned case; and

2. That Raul Alvarado-Martinez has refused to testify or provide other information on the basis of his privilege against self-incrimination; and

3. That in the judgment of the United States Attorney, the testimony or other information from Raul Alvarado-Martinez may be necessary to the public interest; and

4. That this Motion has been made with the approval of the Acting/Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003, and 28 C.F.R. § 0.175.

1     NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Section 6002, that Raul Alvarado-Martinez give testimony or provide other information which he has refused to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be questioned in the above-captioned case.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in accordance with the provisions of Title 18, United States Code, Section 6002, Raul Alvarado-Martinez shall be forever immune from the use of such testimony or any information directly or indirectly derived from such testimony against him in any prosecution, penalty or forfeiture, either State or Federal or otherwise; but the witness shall not be exempt from prosecution for perjury, giving a false statement or contempt committed while giving testimony or producing evidence under this Order.

    IT IS SO ORDERED this 26th day of June, 2006.

                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ William H. Redkey, Jr.*
WILLIAM H. REDKEY, JR.
Assistant United States Attorney
WA Bar # 7734
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-1206
Fax: (206) 553-4986
E-mail: william.redkey@usdoj.gov