1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA

          Plaintiff,

   v.

STACY CHARLES COMER,

          Defendant.

CASE NO CR05-5747RBL

ORDER

THIS MATTER  comes on before the above-entitled Court upon a Motion for a New Attorney (dkt #149).  The Court having considered the entirely of the records and file herein, it is now

ORDERED that Defendant's Motion is **GRANTED.**  The CJA Administrator is directed to appoint new counsel for Mr. Comer.

IT IS SO ORDERED this 28th day of August, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)