1

2

3

JUDGE RONALD B. LEIGHTON

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

7

8   UNITED STATES OF AMERICA,               )
                                            )
9         Plaintiff,                        )        NO.  CR05-5747RBL
                                            )
10  vs.                                     )        ORDER
                                            )
11  STACY CHARLES COMER,                    )
                                            )
12        Defendant.                        )
    _____)
13

14

15      THIS MATTER having come on regularly before the above-entitled Court upon the Motion

16  of the Defendant, STACY CHARLES COMER, for production of trial testimony transcripts prior to

17  sentencing, the Court having considered the Motion, the files and records of this proceeding and the

    declaration of counsel for Defendant, and the Court being fully advised, now, therefore, it is hereby

    Order                                          THOMAS A. CENA, JR.
                                                        Attorney at Law
                                                  2115 North 30th, Suite 201
                                                    Tacoma, WA  98403
                                              (253) 572-5120  Fax: (253) 593-4503
                                              E-MAIL:  TomC55@nventure.com

1

2

3        ORDERED that defense counsel for the Defendant, STACY CHARLES COMER, is

4   authorized to receive transcripts of all trial testimony with respect to this matter.

5        DATED this 26th day of October, 2006.

6

7

8   _____
    RONALD B. LEIGHTON
9   UNITED STATES DISTRICT JUDGE

10  Presented by:

11  /s/ Thomas A. Cena, Jr.

12  _____
    THOMAS A. CENA, JR., WSBA NO. 6539
13  Attorney for Defendant Comer

14

15

16

17

Order

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com