JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STACY CHARLES COMER,<br><br>    Defendant. | NO.  CR05-5747RBL<br><br>ORDER APPROVING SUBSTITUTION OF DEFENSE COUNSEL FOR PURPOSES OF SENTENCING |

THIS MATTER having come on regularly before the above-entitled Court upon Defendant's Motion for substitution of defense counsel for purposes of sentencing.  The Court having reviewed the motion of Defendant, STACY CHARLES COMER, the Court having additionally reviewed the declaration of counsel in support of said motion, having reviewed the files and records of this proceeding, and being fully advised herein, it is hereby

/

/

Order-1

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com

ORDERED that current defense counsel, THOMAS A. CENA, JR., is hereby allowed to withdraw and that the CJA Administrator locate substitute defense counsel for Defendant, for sentencing.

DATED this 5th day of February, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

/s/ THOMAS A. CENA, JR.
_____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant Stacy Charles Comer

Order-2

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com